1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND A. FORSMAN,

                Plaintiff,

     v.

PORT OF SEATTLE, *et al*.,

                Defendants.

CASE NO. 2:24-cv-01101-RSL

CERTIFICATION OF GOOD FAITH

On July 25, 2024, plaintiff's application to proceed *in forma pauperis* was granted and his complaint was accepted for filing. Plaintiff alleges that the Port of Seattle and three of its employees conspired to charge him fees not actually owed and denied him legal possession and registration of a fishing vessel in violation of three federal criminal statutes, a federal regulation, a tribal management agreement, and the Fourteenth Amendment. The conduct of which plaintiff complains apparently occurred in or before 2019 because he alleges that defendants' refusal to allow him to replace his vessel caused him to miss the 2019-2024 fishing seasons.

The claims were dismissed under the doctrine of res judicata. Many of the same legal claims arising from the same events were asserted in *Forsman v. Port of Seattle*, C19-2050RSL, *Forsman v. Port of Seattle*, C21-867RSL, and/or *Forsman v. Port of Seattle*, C23-1394RSM, all of which were dismissed with prejudice (the first on the merits,

1

2

the second on the merits and under the doctrine *of res judicata*, and the third under the

doctrine of *res judicata*).

3

4

This matter is again before the Court on referral from the Ninth Circuit for a

determination of whether plaintiff's in forma pauperis status should continue on appeal.

5

6

Pursuant to 28 U.S.C. § 1915(a), "[a]n appeal may not be taken *in forma pauperis* if the

trial court certifies in writing that it is not taken in good faith."  An appeal that is frivolous

7

8

or otherwise without merit is not taken in good faith. *Hooker v. American Airlines*, 302

F.3d 1091, 1092 (9th Cir. 2002).

9

10

The Court is of the opinion that plaintiff's appeal has been filed in good faith, and it

11

12

is so certified.

13

Dated this 20th day of September, 2024.

14

15

*Mot S Lasnik*

Robert S. Lasnik

16

United States District Judge

17

18

19

20

21

22

23

24

25

26

CERTIFICATION OF GOOD FAITH - 2